■ KIM RICHARTZ, an Infant, by Her Father and Natural Guardian, EDGAR RICHARTZ, Respondent, v LYDIA E. HALL HOSPITAL, Formerly Known as DOCTOR'S HOSPITAL, et al., Defendants, and ARNOLD ILLMAN et al., Appellants.—In a medical malpractice action, the appeal is from an order of the Supreme Court, Nassau County, dated July 22, 1976, which granted plaintiff's motion to modify the separate demands for bills of particulars served by appellants. Order affirmed, without costs or disbursements. Special Term properly exercised its discretion in modifying appellants' demands for bills of particulars. Shapiro, Acting P. J., Titone, Hawkins and O'Connor, JJ., concur.